1
2
3
4
5
6
7
8    IN THE UNITED STATES DISTRICT COURT
9    FOR THE EASTERN DISTRICT OF CALIFORNIA
10
MARSHALL LOSKOT,
11
    Plaintiff,                    Civ.S-10-1671 JAM GGH
12
                              O R D E R
13   v.
14   BROWNING STREET MINI-MART,
CORP., et al
15       Defendant.
16

17       Each of the parties in the above-captioned case has filed a
18   "Consent to Proceed Before a United States Magistrate."  <u>See</u> 28
19   U.S.C. § 636(a)(5) and (c).  According to E.D. Cal. LR. 305, both
20   the district court judge assigned to the case and the magistrate
21   judge must approve the reference to the magistrate judge.
22       The undersigned has reviewed the file herein and recommends
23   that the above-captioned case be reassigned and referred to the
24   magistrate judge for all further proceedings and entry of final
25   judgment.
26       IT IS HEREBY ORDERED that any hearing dates currently set

1

before the undersigned are VACATED.

    IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to the Honorable Gregory G. Hollows, Magistrate Judge. The parties shall please take note that all documents hereafter filed with the Clerk of the Court shall bear case number Civ.10-1671 GGH.

Dated: September 2, 2010

                                        /s/John A. Mendez
                                        HON. John A. Mendez
                                        United States District Judge

    Having also reviewed the file, I accept reference of this case for all further proceedings and entry of final judgment.

Dated: September 8, 2010

                                        /s/ Gregory G. Hollows
                                        _____
                                        HON. Gregory G. Hollows
                                        United States Magistrate Judge

loskot.cons