IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARSHALL LOSKOT,

    Plaintiffs,

vs.　　　　　　　　　　　　　　　　　CIV-S-10-1671 GGH

BROWNING STREET MINI-MART, CORP.,
dba BROWNING STREET CHEVRON,

    Defendant.　　　　　　　　　　　ORDER
_____/

    The parties have consented to assignment of this case to the undersigned. <u>See</u> 28 U.S.C. § 636(a)(5) and (c). A review of the complaint indicates that intra-district venue is also proper in Redding and may be more convenient for the parties. As it may be possible to transfer the case to the Redding court, the parties are invited to indicate their preference.

    Accordingly, IT IS ORDERED that within seven (7) days of this order, the parties shall file a statement setting forth their preference to proceeding with this case in Sacramento or Redding.

DATED: September 9, 2010　　　　　　　　　　/s/ Gregory G. Hollows

　　　　　　　　　　　　　　　　　　　　　　GREGORY G. HOLLOWS
　　　　　　　　　　　　　　　　　　　　　　U. S. MAGISTRATE JUDGE

GGH:076:Loskot1671.cons.wpd