**Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**

**(707) 441-1177**
**FAX 441-1533**

**Attorneys for Plaintiff, MARSHALL LOSKOT**

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT, | Case No. 2:10-CV-01671-CMK |
| Plaintiff, | STIPULATION OF DISMISSAL WITH PREJUDICE, (PROPOSED) ORDER |
| v. | |
| BROWNING STREET MINI-MART, CORP., a California Corporation, dba BROWNING STREET CHEVRON, | |
| Defendants. | |

Plaintiff MARSHALL LOSKOT and Defendants BROWNING STREET MINI-MART CORP., dba BROWNING STREET CHEVRON, (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated:   October 20, 2010      /s/ Jason K. Singleton
Jason K. Singleton, Attorney for Plaintiff,
**MARSHALL LOSKOT**

**MAIRE & BURGESS**

Dated:       October 18, 2010          /s/ Patrick L. Deedon
Patrick L. Deedon, Attorneys for Defendants,
**BROWNING STREET MINI-MART CORP.,
dba BROWNING STREET CHEVRON**

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1.       The action <u>LOSKOT vs BROWNING STREET, et al.</u>, Case Number 2:10-CV-1671 CMK, is dismissed with prejudice with each party to bear their own attorneys fees and costs.

Dated: October 26, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE